UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

        Plaintiff,                Case No.: 6:19-cv-1947

V.

DOCSCONNECT LLC, a dissolved corporation

        Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, DOCSCONNECT LLC, a dissolved corporation ("Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal to remove the action described below from the Circuit Court of the Ninth Judicial Circuit Court in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division. In support of this Notice of Removal, Defendant states as follows:

1. On or about September 9, 2019, Plaintiff, KEITH ABLOW CREATIVE, INC. ("Plaintiff"), filed a Complaint against Defendant in Orange County styled KEITH ABLOW CREATIVE, INC. *V DOCSCONNECT LLC,* Case No. 2019-CA-010959-O.

2. Plaintiff asserts three causes of action; namely, a breach of contract claim, an account stated claim, and an unjust enrichment claim.

3. On October 2, 2019, Defendant was served with Plaintiffs Summons and Complaint. A copy of all process, pleadings, and orders served upon Defendant is attached as Composite Exhibit A.

4. Defendant timely files this Notice of Removal within thirty (30) days of being served with the Summons and Complaint. *See* 28 U.S.C. § 1446(b); Fed. R. Civ. P. 6(a).

5. Defendant removes this case pursuant to 28 U.S.C. § 1332 because the matter in

controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States. *See* 28 U.S.C. § 1332(a)(1).

6. Plaintiff and Defendant are the sole parties to this action. Plaintiff is a Massachusetts corporation and Defendant is a dissolved Florida Corporation. As such, this matter is properly removable.

7. Removal at the present time will not result in any prejudice to Plaintiff as the matter is in the initial pleading stage, and no discovery has occurred.

8. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly serve a copy of this Notice on Plaintiff and will file a copy of the Notice with the Clerk of the Circuit Court for the Ninth Judicial Circuit Court in and for Orange County, Florida.

9. With this Notice of Removal, Defendant has filed true and accurate copies of all process and pleadings served upon it in this action as required by 28 U.S.C. § 1446(a). *See* Composite Exhibit A.

WHEREFORE, Defendant, DOCSCONNECT LLC, respectfully removes the above-captioned action from the Circuit Court for the Ninth Judicial Circuit Court in and for Orange County, Florida.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 11, 2019, via e-mail, to:

**Nathan A. Schwartz, attyschwartz@yahoo.com, Attorney for Plaintiff**

> OWEN & DUNIVAN, PLLC
> Attorneys for Defendant(s).
> 615 W. De Leon St.
> Tampa, FL 33606
> Phone: 813.502.6768
> Email: bdunivan@owendunivan.com
> eservice@owendunivan.com
>
> By: _____
> Bryant H. Dunivan Jr., Esq.
> Fla. Bar No.: 102594