

# Orange County Clerk - Court Records Search

## 2019-CA-010959-O : KEITH ABLOW CREATIVE INC vs. DOCSCONNECT LLC

| | | | |
|---|---|---|---|
| Case Type: | CA - Breach of Agreement/Contract | Date Filed: | 9/9/2019 |
| Location: | Div 37 | UCN: | 482019CA010959A001OX |
| Judge: | Keith A Carsten | Status: | Pending |
| Citation Number: | CA - Breach of Agreement/Contract | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| DOCSCONNECT LLC | Defendant | | |
| KEITH ABLOW CREATIVE INC | Plaintiff | NATHAN SCHWARTZ | 561-347-8376 |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 10/7/2019 | Affidavit of Service | 2 |
| | Comments: served Docsconnect LLC | |
| 9/12/2019 | Summons Issued Electronically as to | 2 |
| | Comments: EMAILED TO ATTORNEY | |
| 9/9/2019 | Complaint | 10 |
| 9/9/2019 | Civil Cover Sheet | 2 |
| 9/9/2019 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 9/9/2019 | Transaction Assessment | | 410.00 |
| 9/9/2019 | Payment | SCHWARTZ, NATHAN A | -410.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

### Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|