Filing # 95364315 E-Filed 09/09/2019 11:43:04 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>NINTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>KEITH ABLOW CREATIVE INC</u>
Plaintiff
vs.
<u>DOCSCONNECT LLC</u>
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III. REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

3

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☐ Yes
- ☒ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Nathan Schwartz     FL Bar No.: 511528
   Attorney or party                                                         (Bar number, if attorney)

Nathan Schwartz     09/09/2019
   (Type or print name)                                                     Date

Filing # 95364315 E-Filed 09/09/2019 11:43:04 AM

IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

CASE NO.: 2019-CA-10959-O

vs.

DOCSCONNECT LLC, a dissolved Florida corporation

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant, **DOCSCONNECT LLC, a dissolved Florida corporation by serving Bryan Adam Cole as Registered Agent at 2156 Talman Court, Winter Park, Florida 32792 or in his absence any employee at 1800 Pembrook Drive, Suite 300, Orlando, Florida 32810** pursuant to F.S. Chapter 48.

    Each Defendant is required to serve written defenses to the complaint or petition on **Nathan Schwartz, Esquire Plaintiff's attorney, whose address is 5255 North Federal Highway, Suite 305, Boca Raton, Florida 33487** within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and seal of this Court on   September 12th, 2019  .

TIFFANY MOORE RUSSELL
Clerk of the Court

Sarah Carcano,
Deputy Clerk
2019-09-12 08:50:03

Deputy Clerk
**425 North Orange Ave.
Suite 350
Orlando, Florida 32801**

AMERICANS WITH DISABILITIES ACT: If you are a person with a disability who needs any accommodation in order to participate in a court proceeding or event, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida (407) 836-2303, fax (407) 836-2204, at least 7 days before your scheduled court appearance, or immediately upon receiving notification if the time before the scheduled court appearance is less than 7 days. If you are hearing or voice impaired, call 711 to reach the Telecommunications Relay Service.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese porder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, pude llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a l demanda por su cuenta, al sismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et fu nom des paries nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous purriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 96847296 E-Filed 10/07/2019 01:58:31 PM

## AFFIDAVIT OF LLC SERVICE AT RESIDENCE

Attorney NATHAN A. SCHWARTZ, P.A., 5255 North Federal Highway, Third Floor, (561) 347-8376

Court CIRCUIT COURT, COUNTY OF ORANGE

Case No. 2019-CA-10959-O

Plaintiff/Petitioner: KEITH ABLOW CREATIVE INC

vs.

Defendant/Respondent: DOCSCONNECT LLC A DISSOLVED FLORIDA CORPORATION

Received by JESSE WILLIAMS on the 1st day of October 2019 at 12:59 PM to be served on:

**DOCSCONNECT LLC A DISSOLVED FLORIDA CORPORATION BY SERVING BRYAN ADAM COLE AS REGISTED AGENT**
2156 TALMAN COURT
WINTER PARK, FL 32792 (Orange)

I, **JESSE WILLIAMS**, affirm and say that on the 2nd day of October, 2019 at 04:22 PM, executed service in Orange County by delivering a true copy of the **SUMMONS AND COMPLAINT** at the address above, in accordance with state statutes in the manner indicated below.

**LLC SERVICE AT RESIDENCE F.S. 48.062(4)** : delivered to Pam Matthews

**The address provided for the registered agent, officer, director, or principal place of business is a residence or private mailbox. Service on the corporation is made by serving the registered agent, officer, or director in accordance with F.S. 48.062(4)**

The person served was of the age of 15 or older and was advised of the contents.

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Service Comments:
10/2/2019 4:22 PM: Partner

Description of the person served: Female, White, Blonde hair, Approx. Age: 45 years, Approx. Height: 5 ft 6 in, Approx. Weight: 130 lbs.

X _____
Date: _____
JESSE WILLIAMS
Special Process Server #: CPS#0108, 18-0023, 62223672
148 OVERBROOK DR
CASSELBERRY, FL, 32707
(407) 467-3337

Subscribed and sworn to me on the
_____ day of \_\_\_Oct\_\_\_, 2019
by the affiant who is personally known to me or produced identification.

X _____
NOTARY PUBLIC

TAMIKA MIDDLETON
Commission # GG 109592
Expires June 13, 2021
Bonded Thru Budget Notary Services

Service Fee: 13.00

Atty File#: DOCSCONNECT
Job ID#: 3311320



3311320  3311320  3311320  3311320  3311320  1:

Filing # 95364315 E-Filed 09/09/2019 11:43:04 AM

IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

CASE NO.: 2019-CA-10959-O

vs.

DOCSCONNECT LLC, a dissolved Florida
corporation

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant, **DOCSCONNECT LLC, a dissolved Florida corporation by serving Bryan Adam Cole as Registered Agent at 2156 Talman Court, Winter Park, Florida 32792 or in his absence any employee at 1800 Pembrook Drive, Suite 300, Orlando, Florida 32810** pursuant to F.S. Chapter 48.

    Each Defendant is required to serve written defenses to the complaint or petition on **Nathan Schwartz, Esquire** Plaintiff's attorney, whose address is **5255 North Federal Highway, Suite 305, Boca Raton, Florida 33487** within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and seal of this Court on   September 12th, 2019  .

TIFFANY MOORE RUSSELL
Clerk of the Court

Sarah Carcano,
Deputy Clerk
2019-09-12 08:50:03

Deputy Clerk
**425 North Orange Ave.
Suite 350
Orlando, Florida 32801**



# INVOICE

Invoice # 2695
Date: 10/09/2019
Due Upon Receipt

## Owen & Dunivan, PLLC

615 W. De Leon St.
Tampa, FL 33606

STAR POINTE CAPITAL, LLC
13014 N Dale Malbry Hwy #357
Tampa, FL 33618

## 18-CA-003614 // The Bank of New York Mellon v. Black Point Assets, 25014 Hyde Park Blvd.

## The Bank of New York Mellon v. Black Point Assets, 25014 Hyde Park Blvd. Land Trust

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/04/2019 | Call with Ron and Cati | 0.70 | $300.00 | $210.00 |
| Service | 10/04/2019 | Drafted Motion for Extension of Time to respond to Discovery. Responded to email regarding Short Payoff. | 0.60 | $300.00 | $180.00 |
| Service | 10/04/2019 | Efiled Motion for extension of time to respond to plaintiff discovery requests. efiled. saved to client file. | 0.10 | $125.00 | $12.50 |
| Service | 10/07/2019 | Read emails from OC. Responded. | 0.20 | $300.00 | $60.00 |
| Service | 10/07/2019 | Sent email to OC's regarding mediation. Forwarded to client. Read responses from OC. Responded. | 0.40 | $300.00 | $120.00 |
| Service | 10/08/2019 | MJO-Emailed client/Motion for extension of time | 0.10 | $100.00 | $10.00 |

| | |
|---|---|
| Total | $592.50 |
| Payment (10/09/2019) | -$592.50 |
| Balance Owing | $0.00 |

## Statement of Account

| Outstanding Balance | | New Charges | | Total Balance |
|---|---|---|---|---|
| $0.00 | + | $592.50 | = | $592.50 |

Please make all amounts payable to: Owen & Dunivan, PLLC

Payment is due upon receipt.