UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

v.

    Case No.: 6:19-cv-1947

DOCSCONNECT LLC, a dissolved corporation

    Defendant.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS FOR USE WITH CM/ECF

Michael J. Owen, Esquire, and Bryant H. Dunivan Jr., Esquire, hereby file this Notice of Appearance on behalf of Defendant, DOCSCONNECT LLC, in the above-styled cause, and requests that copies of all documents previously filed be furnished to the undersigned. Further, please take notice of the designation of the following e-mail addresses for use in the CM/ECF portal in this action:

| | |
|---|---|
| **Primary e-mail address:** | bdunivan@owendunivan.com |
| **Secondary e-mail address:** | eservice@owendunivan.com |
| **Secondary e-mail address:** | bryant-dunivan-2627@ecf.pacerpro.com |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 11, 2019, via e-mail, to:
NATHAN SCHWARTZ, ESQ, ATTYSCHWARTZ@YAHOO.COM

    OWEN & DUNIVAN, PLLC
    Attorneys for Defendant(s).
    615 W. De Leon St.
    Tampa, FL 33606
    Phone: 813.502.6768
    Email: bdunivan@owendunivan.com
    eservice@owendunivan.com

By: _____
    Bryant H. Dunivan Jr., Esq.
    Fla. Bar No.: 102594