UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

v.

                                Case No.: 6:19-cv-1947

DOCSCONNECT LLC, a dissolved corporation

    Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Docsconnect LLC (defendant);
    b. Trismen Enterprises, LLC, Authorized Member of Defendant;
    c. Mathews0419, LLC, dissolved, Manager of Defendant;
    d. Bryan Cole, Manager of Trismen Enterprises, LLC;
    e. Pamela Mathews, Manager of Mathews0419, LLC;
    f. Bryant H. Dunivan Jr., Esq., attorney for Defendant;
    g. Owen & Dunivan, PLLC, attorney for Defendant;
    h. Keith Ablow Creative, Inc., Plaintiff;
    i. Keith Ablow, M.D., President, Treasurer, Secretary, Director of Keith Ablow Creative, Inc.
    j. Nathan A. Schwartz, Esq., Attorney for Plaintiff.
    k. Cohn & Dussi, LLC, Attorney for Plaintiff
    l. Andrew B. Glabb, Esq., Attorney for Plaintiff

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4.  The name of each victim (individual or corporate) of civil or criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. None.

5.  I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 11, 2019, via CM/ECF, to:

**Nathan A. Schwartz, attyschwartz@yahoo.com, Attorney for Plaintiff**

OWEN & DUNIVAN, PLLC
Attorneys for Defendant.
615 W. De Leon St.
Tampa, FL 33606
Phone: 813.502.6768
Email: bdunivan@owendunivan.com
eservice@owendunivan.com

By: _____
Bryant H. Dunivan Jr., Esq.
Fla. Bar No.: 102594