UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

v.

    Case No.: 6:19-cv-1947

DOCSCONNECT LLC, a dissolved corporation

    Defendant.
_____/

## DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 2

Movants, Michael J. Owen, Esquire; Bryant H. Dunivan, Jr.; and the law firm of Owen & Dunivan, PLLC, hereby gives notice of the withdrawal of Document Number 2 as it was filed in error.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 11, 2019, via CM/ECF, to:

**Nathan A. Schwartz, attyschwartz@yahoo.com, Attorney for Plaintiff**

    OWEN & DUNIVAN, PLLC
    Attorneys for Defendant.
    615 W. De Leon St.
    Tampa, FL 33606
    Phone: 813.502.6768
    Email: bdunivan@owendunivan.com
           eservice@owendunivan.com

By: _____
    Bryant H. Dunivan Jr., Esq.
    Fla. Bar No.: 102594