UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

v.

    Case No.: 6:19-cv-1947

DOCSCONNECT LLC, a dissolved corporation

    Defendant.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action is related to the pending State court action styled as Keith Ablow Creative, Inc., v. Docsconnect LLC, In the Circuit Court for the Ninth Judicial Circuit (Orange County), Case No.: 2019-CA-10959.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 15, 2019, via e-mail, to:

NATHAN SCHWARTZ, ESQ, ATTYSCHWARTZ@YAHOO.COM

OWEN & DUNIVAN, PLLC
Attorneys for Defendant(s).
615 W. De Leon St.
Tampa, FL 33606
Phone: 813.502.6768
Email: bdunivan@owendunivan.com
eservice@owendunivan.com

By: _____
Bryant H. Dunivan Jr., Esq.
Fla. Bar No.: 102594