# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.,

**Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　Case No: 6:19-cv-1947-Orl-28LRH

DOCSCONNECT LLC,

**Defendant.**

## ORDER

This case is before the Court on review of Defendant's Notice of Removal (Doc. 1).

Federal courts are courts of limited jurisdiction. "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises." Smith v. GTE Corp., 236 F.3d 1292, 1299 (11th Cir. 2001).

Plaintiff, Keith Ablow Creative, Inc., filed this case in state court and Defendant, DOCSCONNECT LLC, removed it to this Court on October 11, 2019. Defendant invokes this Court's diversity jurisdiction under 28 U.S.C. § 1332. However, Defendant has not alleged facts establishing diversity of citizenship. Thus, this Court cannot determine whether it has subject-matter jurisdiction over this case.

"The citizenship of an incorporated business entity turns on the entity's State of incorporation <u>and</u> the State where it has its principal place of business." Everest Nat'l Ins. Co. v. Amateur Athletic Union, No. 6:17-cv-551-Orl-37GJK, 2017 U.S. Dist. LEXIS 120996, at *2 n.6 (M.D. Fla. Aug. 1, 2017) (emphasis in original) (citing 28 U.S.C. § 1332(c)(1)). In

Defendant's Notice of Removal, Defendant alleges merely that "Plaintiff is a Massachusetts corporation." (Doc. 1 at 2). Plaintiff's principal place of business is not stated in either Defendant's Notice of Removal or the Complaint.

Accordingly, it is **ORDERED** that **no later than Friday, November 1, 2019**, Defendant shall file an amended notice of removal that properly establishes the grounds for the Court's exercise of subject-matter jurisdiction over this case.

**DONE** and **ORDERED** in Orlando, Florida, on October 21, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties