UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH ABLOW CREATIVE, INC.

    Plaintiff,

v.

Case No.: 6:19-cv-1947

DOCSCONNECT LLC, a dissolved corporation

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, DOCSCONNECT LLC, by and with permission of KEITH ABLOW CREATIVE, INC., and pursuant to Local Rule 3.08, hereby file this Notice of Settlement and state as follows:

The parties have reached a settlement in the above-styled matter.

Dated October 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, on October 31, 2019, via CM/ECF, to:

**Nathan A. Schwartz, attyschwartz@yahoo.com, Attorney for Plaintiff.**

OWEN & DUNIVAN, PLLC
Attorneys for Defendant.
615 W. De Leon St.
Tampa, FL 33606
Phone: 813.502.6768
Email: bdunivan@owendunivan.com
       eservice@owendunivan.com

By: _/s/ Bryant H. Dunivan Jr._
Bryant H. Dunivan Jr., Esq.
Fla. Bar No.: 102594